## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

MAURICE EARL OATIS

VERSUS

ST. TAMMANY PARISH
SHERIFF'S OFFICE ET AL.

CIVIL ACTION

NO. 09-6266

SECTION "N" (2)

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is hereby **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure to state a claim under 28 U.S.C. § 1915(e)(2) and 42 U.S.C. § 1997e(c)(1).

New Orleans, Louisiana, this _29th_ day of _October_, 2009.

_____
UNITED STATES DISTRICT JUDGE